# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| EUGENE SEMCHESKI, | : | No. 16cv1592 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CUNNINGHAM LINDSEY U.S., INC., | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 13th day of July 2018, it is hereby **ORDERED** as follows:

1) Defendant's motion for summary judgment (Doc. 22) is **GRANTED** with respect to Count III and Count VIII;

2) The motion is **DENIED** with respect to Count I, Count II, Count IV, Count VI, Count VII, and Count IX; and

3) Count V and Count X are hereby **DISMISSED**.

**BY THE COURT**:

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**